# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2306

_____

Michael Andrew Miller,                    *
                                          *
    Petitioner - Appellant,               *
                                          *   Appeal from the United States
v.                                        *   District Court for the
                                          *   Southern District of Iowa.
John Fayram, Warden,                      *
                                          *        [UNPUBLISHED]
    Respondent - Appellee.                *

_____

Submitted: March 16, 2011
Filed: May 5, 2011

_____

Before LOKEN and COLLOTON, Circuit Judges, and NELSON,[*] District Judge.

_____

PER CURIAM.

In 1989, an Iowa jury convicted Michael Andrew Miller of first degree murder after being instructed it could base that verdict on either premeditated or felony murder. The conviction was affirmed on direct appeal, and two petitions for state post-conviction relief were denied. In 2007, Miller filed a third petition for post-conviction relief based upon the Supreme Court of Iowa's decision changing the Iowa law of felony murder. State v. Heemstra, 721 N.W.2d 549, 558 (Iowa 2006). In November 2009, the Supreme Court of Iowa affirmed the denial of this petition based

_____

[*]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, sitting by designation.

upon its prior decision that <u>Heemstra</u> was a change in the law and may not be used to collaterally attack a prior conviction. <u>Goosman v. State</u>, 764 N.W.2d 539, 545 (Iowa 2009).

Miller then filed this petition for federal habeas corpus relief under 28 U.S.C. § 2254, arguing that the Supreme Court of Iowa's refusal to apply <u>Heemstra</u> retroactively violated his federal constitutional right to due process of law. The district court[1] dismissed the petition as time-barred under 28 U.S.C. § 2244(d), further observing that it was unlikely Miller would have obtained relief on the merits. Miller timely appealed that ruling. While the appeal was pending, we affirmed the denial of habeas relief to another Iowa inmate who sought retroactive application of the <u>Heemstra</u> decision, concluding "that the Constitution does not require a state's highest court to make retroactive its new construction of a criminal statute." <u>Graves v. Ault</u>, 614 F.3d 501, 512 (8th Cir.) (quotation omitted), <u>cert. denied</u>, 131 S. Ct. 508 (2010). Our decision in <u>Graves</u> is controlling and requires affirming the district court's dismissal of Miller's petition, whether or not it is time-barred.

Accordingly, the judgment of the district court is affirmed.

_____

_____

[1]The Honorable Robert W. Pratt, Chief Judge of the United States District Court for the Southern District of Iowa.